# United States Pretrial Services
# Southern District of New York
# MEMORANDUM

**To:** Honorable Richard M. Berman
United States District Judge

**From:** Rena Bolin
United States Pretrial Services Officer

**Re:** Misty Alizette Infante
1: 19-CR-00880-RMB-3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/19

**Date:** December 20, 2019

The attached memo was prepared by Pretrial Services Officer Rena Bolin (212) 805-4309.

We are respectfully requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓]  ~~My chambers will~~ Pretrial shall inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # **17B** on **1/7/20** at **9:00 am**.
                      Date                 Time

[ ]  I request that a Bail Review Hearing be conducted by:

    [ ] The presiding Magistrate Judge in courtroom # 5A.

    [ ] The District Court Judge presiding in Part I.

    [ ] Judicial Officer at his/her earliest convenience.

[ ]  I direct that the U.S. Attorney's office prepare a bench warrant for my signature, for violations of conditions of release.

Dated: New York, New York
December **23**, 2019

SO ORDERED

*Richard M. Berman*
Honorable Richard M. Berman
United States District Judge