LAW OFFICE OF
### JESSE M. SIEGEL

(Tel) 212-207-9009      299 Broadway, Suite 800
(Fax) 212-619-6742      New York, New York 10007      JesseMSiegel@aol.com

August 11, 2021

**BY ECF**

Hon. Ronnie Abrams, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application granted.
>
> SO ORDERED.
>
> /s/ Ronnie Abrams
> Ronnie Abrams, U.S.D.J.
> August 11, 2021

Re: *United States v. Misty Infante*, 19 Cr. 880 (RA).

Dear Judge Abrams:

    As counsel to Misty Infante, defendant in the above-referenced case, I request that the conditions of her release on bail be modified to permit her to travel with her partner to Puerto Rico to celebrate her birthday, from September 2nd through 6th, 2021.  She is released on a $50,000 PRB that currently restricts her travel to the Southern and Eastern Districts of New York.

    I have spoken with A.U.S.A. Michael Neff, who consents to this request provided (1) Pretrial Services has no objection, and (2) Ms. Infante will comply with all COVID-related rules/policies/restrictions on this trip, whether federal, state, or local.  I have also spoken with U.S. Pretrial Officer Rena Bolin, who does not object and concurs in the condition stated by the government.  Ms. Infante agrees that she will comply with all COVID-related rules, policies and restrictions.

    I further request that Pretrial Services be permitted to temporarily return Ms. Infante's passport to her if needed as identification on the trip.

    Thank you for your attention to this application.

Very truly yours,

/s/
Jesse M. Siegel