UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v. -                         :

MISTY ALIZETTE INFANTE,            :

             Defendant.       :

- - - - - - - - - - - - - - - x

NOLLE PROSEQUI

19 Cr. 880 (RA)

    1.    The filing of this nolle prosequi will dispose of this case with respect to MISTY ALIZETTE INFANTE, the defendant.

    2.    On or about December 9, 2017, Indictment 19 Cr. 880 was filed, charging MISTY ALIZETTE INFANTE, the defendant, with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349; wire fraud, in violation of 18 U.S.C. §§ 1343 and 2; and aggravated identity theft, in violation of 18 U.S.C. §§ 1028A and 2.

    3.    On or about June 23, 2020, MISTY ALIZETTE INFANTE, the defendant, was admitted into the Southern District of New York's Young Adult Opportunity Program (the "YAOP"). On or about June 1, 2021, INFANTE satisfactorily completed and graduated from the YAOP.

4. In light of the foregoing, the Government recommends that an order of nolle prosequi be filed as to defendant MISTY ALIZETTE INFANTE.

*Michael D. Neff*
Michael D. Neff
Assistant United States Attorney
(212) 637-2107

Dated:   New York, New York
         January 31, 2022

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed in this case as to defendant MISTY ALIZETTE INFANTE.

Dated:   New York, New York
         February 4, 2022

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

SO ORDERED:

Dated:   New York, New York
         February 9, 2022

THE HONORABLE RONNIE ABRAMS
United States District Judge
Southern District of New York

2