LAW OFFICE OF
JESSE M. SIEGEL

(Tel) 212-207-9009     299 Broadway, Suite 800
(Fax) 212-619-6742     New York, New York 10007     JesseMSiegel@aol.com

February 10, 2022

**BY ECF**

Hon. Ronnie Abrams, District Judge
United State District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 10, 2022

Re: *United States v. Misty Infante*, 19 Cr. 880 (RA).

Dear Judge Abrams:

     As counsel to Misty Infante, we request the Court issue an order permitting the Pretrial Services Office to return Ms. Infante's passport to her, following entry of an order of *nolle prosequi* yesterday, by "so ordering" this letter. The passport was surrendered as a condition of Ms. Infante's release on bail.

     I have spoken with A.U.S.A. Michael D. Neff and U.S. Pretrial Officer Dayshawn Bostic. Neither object to this request.

     Thank you for your attention to this application.

Very truly yours,

/s/
Jesse M. Siegel

SO ORDERED:

DATED:     New York, New York
                 February _____, 2022

                                                  _____
                                                  HON. RONNIE ABRAMS, U.S.D.J.